Certificate Number: 05781-MD-DE-041289271

Bankruptcy Case Number: 24-19948



05781-MD-DE-041289271

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 4, 2026</u>, at <u>11:28</u> o'clock <u>PM PDT</u>, <u>Johnnie Isaac</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>District of Maryland</u>.

Date:   <u>August 4, 2026</u>          By:      <u>/s/Allison M Geving</u>

                               Name:   <u>Allison M Geving</u>

                               Title:   <u>President</u>